1  JOHN L. BURRIS, Esq., SBN 69888
2  LATEEF GRAY, Esq., SBN 250055
   **LAW OFFICES OF JOHN L. BURRIS**
3  Airport Corporate Centre
   7677 Oakport Street, Suite 1120
4  Oakland, California 94621
   Telephone:  (510) 839-5200
5  Facsimile:  (510) 839-3882
6  john.burris@johnburrislaw.com
   lateef.gray@johnburrislaw.com
7

8  Attorneys for Plaintiff
9  JASON ANDERSON

10

11                    **UNITED STATES DISTRICT COURT**
12
                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**
13

14

15  | JASON ANDERSON, | CASE NO.: 2:17-cv-00137-JAM-DB |
    | --- | --- |
16  | Plaintiff, | **SUMMONS RETURNED EXECUTED** |
17  | vs. | SERVED: CITY OF VALLEJO; ROBERT HERNDON; JAMES MELVILLE; JOSEPH COELHO |
18  | CITY OF VALLEJO, a municipal corporation; | |
19  | ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo | |
20  | Police Department; JAMES MELVILLE, individually and in his capacity as a Officer for | |
21  | the Vallejo Police Department; JOSEPH | |
22  | COELHO, individually and in his capacity as a Officer for the Vallejo Police Department; and | |
23  | DOES 1-50, inclusive, individually, jointly and severally, | |
24  | | |
25  | Defendants. | |

26

27

28                    PROOF OF SERVICE

SUMMONS RETURNED EXECUTED - 1

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:17cv00137 Anderson, Jason

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   City of Vallejo

was received by me on *(date)*          02/15/2017          .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Heather, City Clerk's Office @ 3:38pm          , who is

designated by law to accept service of process on behalf of *(name of organization)*

City of Vallejo                                        on *(date)*     02/16/2017     ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date: _____02/18/2017_____

*Server's signature*

Russell Taylor #1177
*Printed name and title*

1425 Lakeside Drive #206 Oakland, CA 94612
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:17cv00137 Anderson, Jason

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   James Melville, Vallejo PD

was received by me on *(date)*          02/15/2017          .

◻ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Heather, City Clerk's Office @ 3:38pm          , who is

designated by law to accept service of process on behalf of *(name of organization)*

James Melville                                        on *(date)*   02/16/2017   : or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    02/18/2017

_____
Server's signature

Russell Taylor #1177
_____
*Printed name and title*


1425 Lakeside Drive #206 Oakland, CA 94612
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:17cv00137 Anderson, Jason

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Robert Herndon , Vallejo PD

was received by me on *(date)*   02/15/2017   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Heather, City Clerk's Office @ 3:38pm   , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

Robert Herndon _____ on *(date)*   02/16/2017   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   02/18/2017

_____
Server's signature

Russell Taylor #1177
Printed name and title


1425 Lakeside Drive #206 Oakland, CA 94612

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:17cv00137 Anderson, Jason

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Joseph Coelho, Vallejo PD

was received by me on *(date)*          02/15/2017                  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Heather, City Clerk's Office @ 3:38pm          , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

Joseph Coelho                                          on *(date)*     02/16/2017     ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     02/18/2017

_____
Server's signature

Russell Taylor #1177
_____
Printed name and title

1425 Lakeside Drive #206 Oakland, CA 94612
_____
Server's address

Additional information regarding attempted service, etc: