JOHN L. BURRIS, Esq., SBN 69888
LATEEF GRAY, Esq., SBN 250055
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
john.burris@johnburrislaw.com
lateef.gray@johnburrislaw.com

Attorneys for Plaintiff
JASON ANDERSON

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ANDERSON,<br><br>                              Plaintiff,<br><br>     vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo Police Department; JAMES MELVILLE, individually and in his capacity as a Officer for the Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as a Officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>                              Defendants. | CASE NO.: 2:17-cv-00137-JAM-DB<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

///

///

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Lateef H. Gray of the Law Offices of John L. Burris, 7677 Oakport Street, Suite 1120 Oakland, California, hereby enters an appearance in the above-captioned matter on behalf of Plaintiff JASON ANDERSON.

Dated:  March 7, 2017            **LAW OFFICES OF JOHN L. BURRIS**

By     */s/ Lateff H. Gray*
Lateef H. Gray, Esq.
Attorney for Plaintiffs