**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: FRANK A. SPLENDORIO**
Deputy City Attorney, SBN 272601
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687
E-mail: Frank.Splendorio@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO, ROBERT HERNDON, JAMES MELVILLE, and JOSEPH COELHO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JASON ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo Police Department, individually and in his capacity as a Police Corporal for the Vallejo Police Department; JAMES MELVILLE, individually and in his capacity as a Officer for the Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as a Officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>　　　　Defendants. | Case No. 2:17-cv-00137-JAM-DB<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT [F.R.C.P. 12(b)(6)] BY DEFENDANTS CITY OF VALLEJO, ROBERT HERNDON, JAMES MELVILLE, and JOSEPH COELHO**<br><br><br>Date:　　　April 7, 2017<br>Time:　　　10:00 a.m.<br>Location:　27, 8th Floor<br>Assigned:　Hon. Deborah Barnes |

**TO:　PLAINTIFF JASON ANDERSON AND HIS ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that on April 7, 2017, at 10:00 a.m., in Courtroom 27, of the United States Courthouse located at 501 I Street, Sacramento, California, Defendants CITY OF

VALLEJO, ROBERT HERNDON, JAMES MELVILLE, and JOSEPH COELHO, (collectively "Defendants") will move this Court for an order dismissing causes of action five through eight without leave to amend as Plaintiff fails to state a claim upon which relief can be granted as to causes of action five through eight.

This Motion to Dismiss is based upon this Notice of Motion, the Motion and Memorandum of Points and Authorities in support thereof, and the entire Court file and any other pleadings, evidence or legal argument which may be presented at the hearing on this matter.

FURTHER NOTICE SHALL BE TAKEN that Plaintiff's opposition to the instant motion is governed by Local Rule 230(c) and is due within 14 days before the hearing date. Failure of the responding party to file an opposition or to file a statement of non-opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions.

DATED: March 9, 2017                    Respectfully submitted,


                                        /s/ - *Frank A. Splendorio*
                                        FRANK A. SPLENDORIO
                                        Deputy City Attorney
                                        Attorney for Defendants, CITY OF VALLEJO,
                                        ROBERT HERNDON, JAMES MELVILLE,
                                        and JOSEPH COELHO