CLAUDIA M. QUINTANA
City Attorney, SBN 178613
**BY: FRANK A. SPLENDORIO**
Deputy City Attorney, SBN 272601
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687
Email: Frank.Splendorio@cityofvallejo.net
Attorneys for Defendants, CITY OF VALLEJO, ROBERT HERNDON,
JAMES MELVILLE, and JOSEPH COELHO

JOHN L. BURRIS, Esq. SBN 69888
LATEEF H. GRAY, Esq. SBN 250055
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
lateef.gray@johnburrislaw.com
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JASON ANDERSON,<br><br>             Plaintiff,<br><br>        vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo Police Department, individually and in his capacity as a Police Corporal for the Vallejo Police Department; JAMES MELVILLE, individually and in his capacity as a Officer for the Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as a Officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>             Defendants. | Case No. **2:17-cv-00137-JAM-DB**<br><br>**JOINT STATUS REPORT**<br><br>**Status Conference: N/A**<br>**Courtroom: 6, 14th Floor**<br>**United States District**<br>**Judge John A. Mendez** |

Under Rule 26(f) of the Federal Rules of Civil Procedure and the Court's Minute Order of May 17, 2017, requiring Joint Status Report, the parties submit the following joint status report:

A.  **Nature of the Case.**

 1. **Plaintiff's version:** Plaintiff has filed a Complaint alleging the following causes of action: (a) 42 U.S.C. Section 1983-unlawful detention; (b) 42 U.S.C. Section 1983-unlawful seizure; (c) 42 U.S.C. Section 1983-excessive force; (d) 42 U.S.C. Section 1983-*Monell*; (e) California Civil Code Section 52.1; (f) Battery; (g) Intentional Infliction of Emotional Distress; and (h) Negligence.

 2. **Defendants' version:** Defendant alleges Plaintiff's 1983 action is without any merit, and has plead various causes of action under federal and state law that will be subject to intensive discovery and subject to dismissal at the right time through a motion for summary judgment. The allegations are false.

B.  **Progress in the Service of Process.**

 1. **Plaintiff's version:** All named Defendants have been properly served.

 2. **Defendants' version:** Not applicable as to Defendants.

C.  **Possible Joinder of Additional Parties.**

 1. **Plaintiff's version:** None at this time.

 2. **Defendants' version:** None at this time.

D.  **Desired Amendment of Pleadings.**

 1. **Plaintiff's version:** Once Plaintiff receives the relevant discovery, Plaintiff anticipates amending its Complaint to name defendants currently listed as DOES.

 2. **Defendants' version:** None at this time.

E.  **Jurisdiction and Venue.**

This court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343 over Plaintiff's causes of action, which arise under the Constitution of the United States and 42 U.S.C. § 1983. Venue lies in the United States District Court for the Eastern District of California, 28 U.S.C. § 1391(b)(2).

F.  **Anticipated Motions and the scheduling of motions:**

1. **Plaintiff's version:** Plaintiff anticipates filing a Motion for Summary Judgment.
2. **Defendants' Version:** Defendants anticipate filing a Motion for Summary Judgment to dispose of the entire action.

G. **Anticipated Discovery Schedule:**

1. **Defendants' Version:** This schedule is to allow the parties sufficient time for fact discovery before disclosing experts and before Defendants file a dispositive motion. This case arises involves many witnesses, and covers a series of transactions, occurrences, and events.

|  | **Plaintiff's and Defendant's Proposed Dates** |
|---|---|
| **Initial Disclosures** | August 1, 2017 |
| **Expert-Witness Disclosures** | November 9, 2018 |
| **Non-Expert Discovery Cutoff** | March 4, 2019 |
| **Rebuttal Expert-Witness Disclosures** | April 2, 2019 |
| **Non-expert discovery (Dispositive) Motion Deadline for Filing** | May 6, 2019 |
| **Expert Discovery Cutoff** | October 21, 2019 |
| **Pretrial Conference** | January 13, 2020 |
| **Trial Date** | February 4, 2020 |

H. **Future proceedings, including special appropriate cut-off dates for discovery, law and motion, and the scheduling of pretrial and trial.**

See chart above.

I. **Appropriateness of special procedures.**

None at this time.

J. **Estimate of trial time.**

**Defendants' Version:** 15 days, if all causes of action remain, which Defendants' deny.

K.  Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action or proceedings.

See chart above.

L.  Whether the case is related to any other case, including any matters in bankruptcy.

No.

M.  Whether a settlement conference should be scheduled:

1. Plaintiff's Version: Plaintiff is amenable to an early settlement conference.

2. Defendants' Version: None at this time.

N.  Any other matters that may add to the just and expeditious disposition of this matter.

1. Defendants' Version: None at this time.

DATED: June 16, 2017            Respectfully submitted,

_____/s/ Frank A. Splendorio_____
FRANK A. SPLENDORIO
Deputy City Attorney
Attorney for Defendants, CITY OF VALLEJO, ROBERT HERNDON, JAMES MELVILLE, and JOSEPH COELHO

DATED: June 16, 2017

_____/s/ Lateef Gray_____
LATEEF GRAY
Attorneys for Plaintiff
Law Offices of John L. Burris