**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687

**Richard W. Osman, ESQ.**, SBN 167993
Bertrand, Fox, Elliot, Osman & Wenzel
A Professional Corporation
2749 Hyde Street
San Francisco, CA 94109
Tel:   (415) 353-0999
Fax:   (415) 353-0990

Attorneys for Defendants, CITY OF VALLEJO, ROBERT HERNDON, JAMES MELVILLE, and JOSEPH COELHO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JASON ANDERSON,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo Police Department, individually and in his capacity as a Police Corporal for the Vallejo Police Department; JAMES MELVILLE, individually and in his capacity as a Officer for the Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as a Officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>          Defendants. | Case No. 2:17-cv-00137-JAM-DB<br><br>**ASSOCIATION OF COUNSEL** |

PLEASE TAKE NOTICE that CLAUDIA QUINTANA, City Attorney, being the attorney of record for defendant, CITY OF VALLEJO, herein, hereby associates RICHARD W,

1  OSMAN of Bertrand, Fox, Elliott, Osman & Wenzel, as co-counsel for defendants CITY OF
2  VALLEJO, POLICE CORPORAL ROBERT HERNDON, OFFICER JAMES MELVILLE, and
3  OFFICER JOSEPH COELHO in the above-entitled matter.

4      The office address and telephone number of such associated counsel are as follows:

> Richard Osman, ESQ.
> Bertrand, Fox, Elliot, Osman & Wenzel
> 2749 Hyde Street
> San Francisco, CA 94109
> Tel:   (415) 353-0999
> Fax:  (415) 353-0990

11      I have read this ASSOCIATION OF COUNSEL and consent to the foregoing.

12  DATED:  October 16, 2017                Respectfully submitted,

> /s/  Claudia M. Quintana
> CLAUDIA M. QUINTANA
> City Attorney
> Attorney for Defendants,
> CITY OF VALLEJO, OFFICER ROBERT HERNDON, OFFICER JAMES MELVILLE, and OFFICER JOSEPH COELHO

19      RICHARD W. OSMAN, ESQ., on behalf of Bertrand, Fox, Elliot, Osman & Wenzel,
20  hereby accepts the above association.

21  DATED:  October 16, 2017

> RICHARD W. OSMAN
> Bertrand, Fox,
> Attorney for Defendants,
> CITY OF VALLEJO, OFFICER ROBERT HERNDON, OFFICER JAMES MELVILLE, and OFFICER JOSEPH COELHO