1  **CLAUDIA M. QUINTANA**
   City Attorney, SBN 178613
2  **CITY OF VALLEJO**, City Hall
3  555 Santa Clara Street, P.O. Box 3068
   Vallejo, CA  94590
4  Tel:     (707) 648-4545
   Fax:    (707) 648-4687
5
6  Attorneys for Defendant, CITY OF VALLEJO

7
                            **UNITED STATES DISTRICT COURT**
8
9              **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

10 | JASON ANDERSON, | Case No.  2:17-cv-00137-JAM-DB |
11 |                 |                                |
   |       Plaintiff, | **DESIGNATION OF COUNSEL**    |
12 |                 |                                |
13 |   vs.           |                                |
14 | CITY OF VALLEJO, a municipal corporation; ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo Police Department, individually and in his capacity as a Police Corporal for the Vallejo Police Department; JAMES MELVILLE, individually and in his capacity as a Officer for the Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as a Officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and severally, |                                |
15 |                 |                                |
16 |                 |                                |
17 |                 |                                |
18 |                 |                                |
19 |                 |                                |
20 |                 |                                |
21 |                 |                                |
22 |       Defendants. |                              |

23

24 TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

25      PLEASE TAKE NOTICE that Defendants CITY OF VALLEJO, OFFICER ROBERT

26 HERNDON, OFFICER JAMES MELVILLE, and OFFICER JOSEPH COELHO hereby

27 designates the following attorney as counsel for service in this action:

28 //

---

**Case No. 2:17-cv-00137-JAM-DB**                                    **DESIGNATION OF COUNSEL**
                                     -1-

**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687

The following attorney is no longer counsel of record in this action:

FRANK A. SPLENDORIO (SBN 272601)


DATED:  October 24, 2017                         Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　 */s/ Claudia M. Quintana*
CLAUDIA M. QUINTANA
City Attorney
Attorney for Defendants,
CITY OF VALLEJO, OFFICER ROBERT HERNDON, OFFICER JAMES MELVILLE, and OFFICER JOSEPH COELHO