**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: TIMOTHY R. SMYTH**
Deputy City Attorney, SBN 258661
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687
Email: timothy.smyth@cityofvallejo.net

Attorneys for Defendants,
CITY OF VALLEJO, ROBERT HERNDON,
JAMES MELVILLE, JOSEPH COELHO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JASON ANDERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo Police Department, individually and in his capacity as a Police Corporal for the Vallejo Police Department; JAMES MELVILLE, individually and in his capacity as a Officer for the Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as a Officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>    Defendants. | Case No. 2:17-cv-00137-JAM-DB<br><br>**DESIGNATION OF COUNSEL** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants CITY OF VALLEJO, ROBERT HERNDON, JAMES MELVILLE, and JOSEPH COELHO hereby designates the following attorney as counsel for service in this action:

**TIMOTHY R. SMYTH**
City Attorney, SBN 258661
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687
Email: timothy.smyth@cityofvallejo.net

The following attorney is no longer required to be noticed in this action:

RICHARD W. OSMAN (SBN 167993)

DATED:  June 5, 2018                                Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Timothy W. Smyth*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY R. SMYTH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy City Attorney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CITY OF VALLEJO, ROBERT HERNDON,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES MELVILLE, and JOSEPH COELHO