JOHN L. BURRIS ESQ., SBN 69888
LATEEF H. GRAY, ESQ., SBN 250055
K. CHIKE ODIWE, ESQ., SBN 315109
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
lateef.gray@johnburrislaw.com
chike.odiwe@johnburrislaw.com

Attorneys for Plaintiff
JASON ANDERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ANDERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo Police Department; JAMES MELVILLE, individually and in his capacity as a Officer for the Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as a Officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>    Defendants. | Case No. 2:17-CV-00137-JAM-DB<br><br>**NOTICE OF APPEARANCE OF K. CHIKE ODIWE FOR PLAINTIFF JASON ANDERSON** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that K. Chike Odiwe of the Law Offices of John L. Burris, 7677 Oakport Street, Suite 1120, Oakland, CA 94621 hereby enters his appearance in the above-captioned matter as counsel to be noticed on behalf of the Plaintiff, JASON ANDERSON, and requests that copies of all briefs, motions, orders, correspondence and other papers be served on the undersigned. Counsel's email address, for purposes of receipt of Notices of Electronic Filing is chike.odiwe@johnburrislaw.com

CASE NO.  **2:17-CV-00137-JAM-DB**                    1

Dated: September 11, 2018

                                  LAW OFFICES OF JOHN BURRIS

                                  By:. *Kenneth. Chike Odiwe*  
                                      KENNETH CHIKE ODIWE, ESQ.  
                                      Attorney for Plaintiff  
                                      JASON ANDERSON