JOHN L. BURRIS, ESQ., SBN 69888
LATEEF H. GRAY, ESQ., SBN 250055
K. CHIKE ODIWE, ESQ., SBN 315109
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
lateef.gray@johnburrislaw.com
chike.odiwe@johnburrislaw.com

Attorneys for Plaintiff
JASON ANDERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo Police Department; JAMES MELVILLE, individually and in his capacity as a Officer for the Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as a Officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>Defendants. | CASE NO.: 2:17-cv-00137-JAM-DB<br><br>**DECLARATION OF K. CHIKE ODIWE IN SUPPORT OF EX PARTE APPLICATION FOR ORDER MODIFYING SCHEDULING ORDER [FRCP 6(B); 16(B)(4)]** |

I, K. Chike Odiwe, declare:

1) I am an attorney who is licensed to practice law in California and before this Court. I represent the Plaintiff in the above captioned matter.

2) This Court's Scheduling Order required that the parties disclose their expert witnesses and submit their export reports by April 19, 2019. Plaintiff cannot comply with the April 19, 2019 disclosure deadline as the deadline has lapsed.

3) On April 23, 2019, Plaintiff's counsel contacted Defendants counsel, Timothy Smyth, to gauge counsel's amenability to stipulate to an extension of the Expert Designation Deadline, Rebuttal Disclosure Deadline, and the Fact Discovery Cut-off. Plaintiff's counsel expressed to Defendants' counsel that a docketing error on the part of the Court caused Plaintiff's counsel's office to calendar the wrong date for the Expert Disclosure Deadline. Even still, Defendants' counsel refused Plaintiff's request for a stipulation to extend the relevant deadlines.

4) Ordinarily, Federal Rule of Civil Procedure 6(d) and Eastern District Local Rule 78-230(b) require that a motion be noticed at least 28 calendar days before the hearing date. If Plaintiff were required to adhere to the normal time limit for serving and filing its motion to modify the Court's pretrial scheduling order, before this Court has had the opportunity to reassess the scheduling order in light of the facts presented in this application, Plaintiff's disclosures would be past due by over a month. Plaintiff cannot comply with the April 19, 2019 disclosure deadline, as the deadline has lapsed.

5) Plaintiff has attached a true and correct copy of the Court's Docket in the above referenced matter dated April 23, 2019 as Exhibit "A"

6) The Scheduling Order was issued on June 19, 2017. Doc. 13. On the same day, the Court's docket entry inadvertently listed August 19, 2019 as the Expert Designation Deadline.

7) Based on the Court's docket entry, Plaintiff's counsel inadvertently calendared the Expert Designation Deadline for August 19, 2019, rather than the actual deadline of April 19, 2019 as designated pursuant to paragraph XII of the Scheduling Order.

8) No previous continuances/ extensions of the dispositive motion hearing deadline have been requested or granted.

9) Plaintiff's counsel anticipates that Defendant's counsel will object to this application.

10) Plaintiff's counsel is requesting that the scheduling order be modified slightly as enunciated in its Ex Parte Application.

11) The proposed scheduling amendment will not change the trial date and will not prejudice Defendants.

I declare under penalty of perjury under the laws of the United states of America and the state of California that the foregoing is true and correct. Executed on April 23, 2019

**Law Offices of John L. Burris**

Dated:  April 23, 2019                                    __/s/ *Kenneth Chike Odiwe*___
                                                                              Kenneth Chike Odiwe, Esq.,
                                                                              Attorney for Plaintiff

# Exhibit A

*ATTORNEY TO BE NOTICED*

**Timothy R. Smyth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frank A. Splendorio**
(See above for address)
*TERMINATED: 10/24/2017*

**Richard W. Osman**
(See above for address)
*TERMINATED: 06/05/2018*

**Defendant**

**Joseph Coelho**                              represented by   **Claudia M. Quintana**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy R. Smyth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frank A. Splendorio**
(See above for address)
*TERMINATED: 10/24/2017*

**Richard W. Osman**
(See above for address)
*TERMINATED: 06/05/2018*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/22/2017 | 1 | COMPLAINT against All Defendants by Jason Anderson. Attorney Burris, John L. added. (Filing fee $ 400, receipt number 0972-6873665) (Attachments: # 1 Civil Cover Sheet) (Burris, John) (Entered: 01/22/2017) |
| 01/23/2017 | 2 | SUMMONS ISSUED as to *City of Vallejo, Joseph Coelho, Robert Herndon, James Melville* with answer to complaint due within *21* days. Attorney *John L. Burris* *Law Offices of John L. Burris* *7677 Oakport Street, Suite 1120* * Oakland, CA 94621*. (Becknal, R) (Entered: 01/23/2017) |
| 01/23/2017 | 3 | CIVIL NEW CASE DOCUMENTS ISSUED (Attachments: # 1 Consent Form, # 2 Order re Filing Requirements, # 3 VDRP) (Becknal, R) (Entered: 01/23/2017) |
| 02/22/2017 | 4 | SUMMONS RETURNED EXECUTED: City of Vallejo, James Velville, Vallejo PD, Robert Herndon, Vallejo PD, Joseph Coelho, Vallejo PD served on 2/15/17. (Lacy, Dewitt) Modified on 2/23/2017 (Mena-Sanchez, L). (Entered: 02/22/2017) |
| 03/09/2017 | 5 | NOTICE of APPEARANCE by Lateef Gray on behalf of Jason Anderson. Attorney Gray, Lateef added. (Gray, Lateef) (Entered: 03/09/2017) |

| | | |
|---|---|---|
| 03/09/2017 | 6 | MOTION to DISMISS by City of Vallejo, Joseph Coelho, Robert Herndon, James Melville. Attorney Splendorio, Frank A. added. Motion Hearing set for 4/7/2017 at 10:00 AM in Courtroom 27 (DB) before Magistrate Judge Deborah Barnes. (Attachments: # 1 Points and Authorities)(Splendorio, Frank) (Entered: 03/09/2017) |
| 03/10/2017 | 7 | MINUTE ORDER: (TEXT ONLY) by Courtroom Deputy for Magistrate Judge Deborah Barnes on 3/10/2017. IT IS HEREBY ORDERED: defendants' 6 MOTION to DISMISS is incorrectly noticed before Magistrate Judge Deborah Barnes, and will not be placed on the courts 4/7/2017, calendar as filed. Defendants' counsel is directed to contact the courtroom deputy to the Honorable John M. Mendez, to obtain available civil law and motion dates and re-notice their motion. I HEREBY CERTIFY that the foregoing is a true and correct statement of an order made in the above-captioned case. (Buzo, P) (Entered: 03/10/2017) |
| 03/10/2017 | 8 | FIRST AMENDED COMPLAINT against All Defendants by Jason Anderson.(Gray, Lateef) (Entered: 03/10/2017) |
| 03/22/2017 | 9 | DECLINE to PROCEED BEFORE US MAGISTRATE JUDGE by City of Vallejo, Joseph Coelho, Robert Herndon, James Melville. (Splendorio, Frank) (Entered: 03/22/2017) |
| 03/24/2017 | 10 | ANSWER with Jury Demand by City of Vallejo, Joseph Coelho, Robert Herndon, James Melville.(Splendorio, Frank) (Entered: 03/24/2017) |
| 05/17/2017 | 11 | MINUTE ORDER: re 3 Civil New Case Documents for JAM - The parties shall file a joint status report on or before June 16, 2017. (TEXT ENTRY ONLY) (Vine, H) (Entered: 05/17/2017) |
| 06/16/2017 | 12 | JOINT STATUS REPORT by City of Vallejo, Joseph Coelho, Robert Herndon, James Melville. (Splendorio, Frank) (Entered: 06/16/2017) |
| 06/19/2017 | 13 | STATUS (Pre-trial Scheduling) ORDER signed by District Judge John A. Mendez on 6/19/17 ORDERING that all dispositive motions shall be filed by 8/6/2019. Hearing on such motions shall be on 9/10/2019 at 1:30 p.m. All discovery shall be completed by 6/28/2019. Designation of Expert Witnesses due by 8/19/2019 with rebuttal disclosures due by 5/3/2019. The Final Pretrial Conference is SET for 10/25/2019 at 10:00 AM and the Jury Trial is SET for 12/2/2019 at 09:00 AM, BOTH in Courtroom 6 (JAM) before District Judge John A. Mendez. (Kastilahn, A) (Entered: 06/19/2017) |
| 10/23/2017 | 14 | NOTICE of APPEARANCE by Richard W. Osman on behalf of City of Vallejo, Joseph Coelho, Robert Herndon, James Melville. Attorney Osman, Richard W. added. (Osman, Richard) (Entered: 10/23/2017) |
| 10/24/2017 | 15 | DESIGNATION of COUNSEL FOR SERVICE. Added attorney Claudia M. Quintana for City of Vallejo, Joseph Coelho, Robert Herndon, James Melville, attorney Frank A. Splendorio TERMINATED. (Quintana, Claudia) Modified on 10/25/2017 (Mena-Sanchez, L). (Entered: 10/24/2017) |
| 06/05/2018 | 16 | DESIGNATION of COUNSEL FOR SERVICE. Added attorney Timothy R. Smyth for City of Vallejo,Timothy R. Smyth for Joseph Coelho,Timothy R. Smyth for Robert Herndon,Timothy R. Smyth for James Melville, attorney Richard W. Osman terminated (Smyth, Timothy) (Entered: 06/05/2018) |
| 09/11/2018 | 17 | STIPULATION and PROPOSED PROTECTIVE ORDER by City of Vallejo, Joseph Coelho, Robert Herndon, James Melville. (Smyth, Timothy) Modified on 9/12/2018 (Washington, S). (Entered: 09/11/2018) |
| 09/11/2018 | 18 | NOTICE of APPEARANCE by Kenneth Chike Odiwe on behalf of Jason Anthony Anderson. Attorney Odiwe, Kenneth Chike added. (Odiwe, Kenneth) (Entered: 09/11/2018) |

| 19 | STIPULATED PROTECTIVE ORDER signed by District Judge John A. Mendez on 9/11/2018. (Zignago, K.) (Entered: 09/12/2018) |
|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/23/2019 17:08:58 | | | |
| **PACER Login:** | jlburris:2567819:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-00137-JAM-DB |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |