JOHN L. BURRIS, ESQ., SBN 69888
LATEEF H. GRAY, ESQ., SBN 250055
K. CHIKE ODIWE, ESQ., SBN 315109
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
lateef.gray@johnburrislaw.com
chike.odiwe@johnburrislaw.com

Attorneys for Plaintiff
JASON ANDERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo Police Department; JAMES MELVILLE, individually and in his capacity as a Officer for the Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as a Officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>Defendants. | CASE NO.: 2:17-cv-00137-JAM-DB<br><br>**PROPOSED ORDER MODIFYING SCHEDULING ORDER [FRCP 6(B); 16(B)(4)]** |

Proposed Order Modifying Scheduling Order

1-

1    Upon reviewing the Ex Parte Application for Order Modifying Scheduling Order,

2  Memorandum of Points and Authorities, and Declaration of Kenneth Chike Odiwe filed by Plaintiff

3  Jason Anderson ("Plaintiff") and good cause appearing therefore:

4    **IT IS HEREBY ORDERED** that the Initial Scheduling Order is modified as follows:

5    The deadline for disclosing expert witnesses and expert reports is extended to

6  _____.

7

8    The deadline for disclosing rebuttal expert witnesses and rebuttal expert witness reports is

9    extended to _____.

10

11    The deadline for fact discovery cutoff is extended to _____.

12

13    **IT IS SO ORDERED.**

14

15

16

17  Dated: _____        By _____
                                        UNITED STATES DISTRICT COURT JUDGE
18

19

20

21

22

23

24

25

26

27

28

Proposed Order Modifying Scheduling Order

2-