**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: TIMOTHY R. SMYTH**
Deputy City Attorney, SBN 258661
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687
Email: timothy.smyth@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO,
ROBERT HERNDON, JAMES MELVILLE, and JOSEPH COELHO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JASON ANDERSON,<br><br>            Plaintiff,<br><br>   vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo Police Department, individually and in his capacity as a Police Corporal for the Vallejo Police Department; JAMES MELVILLE, individually and in his capacity as a Officer for the Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as a Officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>            Defendants. | Case No.  **2:17-cv-00137-JAM-DB**<br><br>**DEFENDANTS' OBJECTION AND OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR ORDER MODIFYING SCHEDULING ORDER** |

Defendants CITY OF VALLEJO, ROBERT HERNDON, JAMES MELVILLE, and JOSEPH COELHO ("CITY" or "Defendants") hereby object to and oppose the ex parte application for order modifying this court's scheduling order of June 19, 2017, as

Defendants would be prejudiced by Plaintiff having three weeks to review and respond to the expert reports timely served by Defendant on April 19, 2019, as well as by reduced timelines to engage expert discovery and file a dispositive motion upon the conclusion of discovery. The Defendants received the same scheduling order by this court and relied upon the substance of the order, and not the facially inconsistent and illogical docket email of the same date.

    To the extent this Court finds good cause to modify the Order, Defendants request that appropriate accommodations are given, including pushing the dates for hearing of dispositive motions and trial.

DATED: April 24, 2019                  Respectfully submitted,

                                        */s/ Timothy R. Smyth*
                                        TIMOTHY R. SMYTH
                                        Deputy City Attorney
                                        Attorney for Defendants, CITY OF VALLEJO, ROBERT HERNDON, JAMES MELVILLE, and JOSEPH COELHO

Case No. 2:17-cv-00137-JAM-DB          DEFENDANTS' OBJECTION AND OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR ORDER MODIFYING SCHEDULING ORDER

-2-