**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: TIMOTHY R. SMYTH**
Deputy City Attorney, SBN 258661
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email: timothy.smyth@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO,
ROBERT HERNDON, JAMES MELVILLE, and JOSEPH COELHO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JASON ANDERSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo Police Department, individually and in his capacity as a Police Corporal for the Vallejo Police Department; JAMES MELVILLE, individually and in his capacity as a Officer for the Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as a Officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>  Defendants. | Case No. **2:17-cv-00137-JAM-DB**<br><br>**DECLARATION IN SUPPORT OF *EX PARTE* APPLICATION FOR PROTECTIVE ORDER** |

I, Timothy R. Smyth, declare and state:

  1.  I am an attorney-at-law licensed to practice in the State of California and I am a Deputy City Attorney in the Vallejo City Attorney's Office. I am the attorney responsible for

handling the defense of this matter on behalf of the City of Vallejo and Officers Herndon, Coelho, and Melville.  I have personal knowledge of the matters set forth in this Declaration, except where stated on information and belief, and could and would competently testify to them under oath if called as a witness.

2. This Court entered a scheduling order on June 19, 2017, which provided for the exchange of expert reports to be disclosed on April 19, 2019.

3. The Defendants served their Expert Witness Disclosure Statement on April 19, 2019, pursuant to this Court's original scheduling order of June 19, 2017.

4. After the Court modified its scheduling order to set expert disclosures to occur on May 10, 2019, Defendants proposed a stipulated protective order to have their Expert Witness Disclosure Statements which were served on April 19, 2019, withheld from any disclosure to Plaintiff's experts until the new exchange of May 10, 2019.

5. In response to the Defendants' emails and phone calls proposing the protective order, Plaintiff's only response was an email stating "We are not in a position to stipulate to your request".

6. Subsequent calls and emails seeking an explanation as to the meaning or substance for the denial were not returned.

7. Defendants now submit this *ex parte* application so as to avoid the likelihood of prejudice by Plaintiff's experts having the opportunity to review and respond to the Defendants' expert reports contrary to the spirit and procedures set forth in FRCP Rule 26(b).

Executed on this 24th day of April, 2019, at Vallejo, California.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

                                                     /s/ Timothy R. Smyth
                                                     Timothy R. Smyth