**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY:  TIMOTHY R. SMYTH**
Deputy City Attorney, SBN 258661
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:    (707) 648-4687
Email:  timothy.smyth@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO, ROBERT HERNDON, JAMES MELVILLE, and JOSEPH COELHO

JOHN L. BURRIS, Esq. SBN 69888
LATEEF H. GRAY, Esq. SBN 250055
K. CHIKE ODIWE, Esq. SBN 315109
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
lateef.gray@johnburrislaw.com
chike.odiwe@johnburrislaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| JASON ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo Police Department, individually and in his capacity as a Police Corporal for the Vallejo Police Department; JAMES MELVILLE, individually and in his capacity as a Officer for the Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as a Officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>Defendants. | Case No.  **2:17-cv-00137-JAM-DB**<br><br>**JOINT MID-LITIGATION STATEMENT**<br><br>**Trial Date: December 2, 2019**<br>**Discovery Cutoff:  July 18, 2019** |

Pursuant to the Court's Scheduling Order, the parties hereby submit the following joint mid-litigation statement:

1. **Law and Motion Practice Heard by the Court:**

Plaintiff: Ex Parte Application to Amend Scheduling Order, filed April 23, 2019.

Status – Resolved;

Defendants: Ex Parte Application for Temporary Protective Order, filed April 24, 2019.

Status – Resolved.

2. **Future Motions:**

Plaintiff: Plaintiff intends to file motions in limine with his pre-trial statement on or before October 18, 2019.

Defendants: Defendants intend to file a Motion for Summary Judgment/Adjudication on or before the dispositive motion deadline of August 13, 2019.

Defendants further intend to file various motions *in limine* with their pre-trial statement on or before October 18, 2019.

DATED: July 3, 2019                    Respectfully submitted,

*/s/ Timothy R. Smyth*
TIMOTHY R. SMYTH
Deputy City Attorney
Attorney for Defendants, CITY OF VALLEJO, ROBERT HERNDON, JAMES MELVILLE, and JOSEPH COELHO

DATED: July 3, 2019

*/s/ Lateef Gray*
LATEEF GRAY
Attorneys for Plaintiff
Law Offices of John L. Burris