**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: TIMOTHY R. SMYTH**
Deputy City Attorney, SBN 258661
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:    (707) 648-4687
Email: timothy.smyth@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO,
ROBERT HERNDON, JAMES MELVILLE, and JOSEPH COELHO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JASON ANDERSON, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF VALLEJO, a municipal corporation; ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo Police Department, individually and in his capacity as a Police Corporal for the Vallejo Police Department; JAMES MELVILLE, individually and in his capacity as a Officer for the Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as a Officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and severally, <br><br> Defendants. | Case No.  2:17-cv-00137-JAM-DB <br><br> **NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT BY DEFENDANTS CITY OF VALLEJO, ROBERT HERNDON, JAMES MELVILLE, AND JOSEPH COELHO** <br><br> DATE:            September 10, 2019 <br> TIME:            1:30 p.m. <br> CRTRM:        6, 14th Floor <br><br> TRIAL DATE:    December 2, 2019 |

TO:    PLAINTIFF JASON ANDERSON AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 10, 2019, at 1:30 p.m., in Courtroom 6, of the United States Courthouse located at 501 I Street, Sacramento, California, Defendants CITY

OF VALLEJO, ROBERT HERNDON, JAMES MELVILLE, and JOSEPH COELHO will move this Court for an order granting summary judgment, or alternatively, partial summary judgment as to Plaintiff Jason Anderson's claims against all defendants pursuant to Federal Rule of Civil Procedure 56c.

This motion is based on this Notice, attached Memorandum of Points and Authorities, Separate Statement of Undisputed Material Facts, Declaration of Timothy R. Smyth, Declaration of Robert Herndon, Declaration of James Melville, Declaration of Joseph Coelho, and Declaration of Andy Bates, the pleadings on file in this action, and such argument and evidence as the Court may entertain at the hearing on this motion.

FURTHER NOTICE SHALL BE TAKEN that plaintiff's opposition to the instant motion is governed by Local Rule 230 and is due within 14 days before the hearing date. Failure of the responding party to file an opposition or to file a statement of non-opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions.

DATED: August 6, 2019                          Respectfully submitted,


                                               */s/ Timothy R. Smyth*
                                              TIMOTHY R. SMYTH
                                              Assistant City Attorney
                                              Attorney for Defendants,
                                              CITY OF VALLEJO,
                                              ROBERT HERNDON, JAMES MELVILLE,
                                              and JOSEPH COELHO