**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: TIMOTHY R. SMYTH**
Deputy City Attorney, SBN 258661
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email: timothy.smyth@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO,
ROBERT HERNDON, JAMES MELVILLE, and JOSEPH COELHO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JASON ANDERSON,<br><br>         Plaintiff,<br><br>    vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo Police Department, individually and in his capacity as a Police Corporal for the Vallejo Police Department; JAMES MELVILLE, individually and in his capacity as a Officer for the Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as a Officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>         Defendants. | Case No. 2:17-cv-00137-JAM-DB<br><br>**DECLARATION OF JAMES MELVILLE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT**<br><br>DATE:      September 10, 2019<br>TIME:       1:30 p.m.<br>CRTRM:   6, 14th Floor<br><br>TRIAL DATE:   December 2, 2019 |

I, James Melville, hereby declare as follows:

1.      I am a retired police officer formerly with the Vallejo Police Department and make this declaration from personal knowledge and would testify competently if called to do so.

---

Case No. 2:17-cv-00137-JAM-DB            DECLARATION OF OFFICER JAMES MELVILLE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT

-1-

2. On June 9, 2015, I was in full uniform on traffic patrol riding a fully marked police motorcycle equipped with emergency lights and sirens.

3. While on patrol riding on Sonoma Boulevard in the City of Vallejo, I observed what I perceived to be a commercial truck towing vehicles on a trailer without any business license information or trade name posted on the side of the truck, which is a violation of Vehicle Code section 34507.5. A true and correct copy of a photograph depicting Plaintiff's truck on the day of the incident is attached as Exhibit A to the declaration of Officer Herndon.

4. I pulled up alongside Plaintiff and verbally ordered him to pull over through the window.

5. Plaintiff did not pull over after I had ordered him to do so, and I pulled behind him on my motorcycle.

6. I have listened to the audio of radio traffic recorded by dispatch of the Vallejo Police Department attached as Exhibit A to the declaration of Andrew Bates in support of this motion. In the audio recording I am identified as "Tom 35". This audio is a true and correct recording of communications and audio contemporaneous with the incident as it is occurring.

7. The dispatch audio begins at the 0:00 mark with me requesting backup for a failure to yield at the intersection of Arkansas Street and Sonoma Boulevard in the City of Vallejo.

8. At the 0:36 mark of the audio, I communicated the pursuit proceeding through the intersection of Nebraska Street and Sonoma Boulevard with the driver refusing to pull over.

9. I activated my lights and sirens and followed the Plaintiff for over two minutes before he pulled over in front of the Autolinx dealership. My sirens can be heard clearly in the background at the 0:53 second mark of the audio.

10. Officer Herndon was identified on the audio as "2 Paul 2". Officer Herndon arrived at approximately the 1:40 mark on the audio and positioned himself directly behind the Plaintiff.

11. Officer Coelho, identified on the audio as "2 Paul 6", arrived at approximately the 1:56 mark on the audio and positioned himself behind Officer Herndon's cruiser in the pursuit. I fell back to in the rear position behind Officer Coelho.

12. The pursuit ended at approximately the 2:20 mark on the audio at 3400 Sonoma Boulevard. This is approximately a half-mile away from the intersection of Arkansas Street and Sonoma Boulevard where I originally radioed for backup.

13. After Plaintiff stopped his vehicle, I pulled up to the rear of the Plaintiff's trailer.

14. Within 20 seconds of my arrival, Plaintiff had began shouting at the Officers. This is captured on the audio at or about the 2:40 mark. I radioed to dispatch that I observed fighting at that time.

15. Approximately 20 seconds after my message that Plaintiff was fighting over the radio, Plaintiff was detained and in custody. This was captured in the audio at the 2:59 mark.

16. After being placed into custody, Plaintiff was transported to Kaiser for medical clearance by Officer Coelho.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Dated this 4th day of August 2019, in Post Falls, Idaho.

                                                                 */s/ James Melville*
                                                                 JAMES MELVILLE

Case No. 2:17-cv-00137-JAM-DB        DECLARATION OF OFFICER JAMES MELVILLE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT

-3-