**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: TIMOTHY R. SMYTH**
Deputy City Attorney, SBN 258661
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email: timothy.smyth@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO,
ROBERT HERNDON, JAMES MELVILLE, and JOSEPH COELHO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JASON ANDERSON,<br><br>        Plaintiff,<br><br>   vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo Police Department, individually and in his capacity as a Police Corporal for the Vallejo Police Department; JAMES MELVILLE, individually and in his capacity as a Officer for the Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as a Officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>        Defendants. | Case No. 2:17-cv-00137-JAM-DB<br><br>**DECLARATION OF JOSEPH COELHO IN SUPPORT OF PARTIAL MOTION FOR SUMMARY JUDGMENT**<br><br>DATE:      September 10, 2019<br>TIME:       1:30 p.m.<br>CRTRM:   6, 14th Floor<br><br>TRIAL DATE:   December 2, 2019 |

I, Joseph Coelho, hereby declare as follows:

1.      I am currently employed as a Police Officer at the Vallejo Police Department and make this declaration from personal knowledge and would testify competently if called to do so.

---

Case No. 2:17-cv-00137-JAM-DB      DECLARATION OF JOSEPH COELHO IN
SUPPORT OF MOTION FOR SUMMARY
JUDGMENT, OR ALTERNATIVELY PARTIAL
SUMMARY JUDGMENT
-1-

2. On June 9, 2015, I was in full uniform on patrol riding a fully marked police cruiser equipped with emergency lights and sirens.

3. I have listened to the audio of radio traffic recorded by dispatch of the Vallejo Police Department attached as Exhibit A to the declaration of Andrew Bates in support of this motion. In the audio recording I am identified as "2 Paul 6". This audio is a true and correct recording of communications and audio contemporaneous with the incident as it is occurring.

4. I received a message requesting backup for a failure to yield from Officer James Melville, identified on the audio as "Tom 35", while I was on patrol in another part of the City.

5. I joined the pursuit at approximately the 1:56 mark on the audio and positioned myself behind Officer Herndon, identified on the audio as "2 Paul 2", who had already joined the pursuit. Officer Melville fell back behind me on his motorcycle.

6. The pursuit ended at approximately the 2:20 mark on the audio when I transmitted a message over the radio that we are arriving at Access Dental, the address of which is 3400 Sonoma Boulevard.

7. After Plaintiff's truck came to a stop, he immediately exited from the driver's side of the vehicle.

8. Based on the fact Plaintiff had failed to yield to Officer Melville for a traffic stop, the fact Plaintiff had not yet been searched, and that an individual exiting his vehicle in a traffic stop is highly unusual in my experience and training, I perceived Plaintiff to be a potential threat. As such, I drew my firearm and ordered Plaintiff to show his hands and to stop moving.

9. Within 20 seconds of my arrival, Plaintiff had began shouting at myself and Officer Herndon, something to the effect of "let me do my job!" This is captured on the dispatch audio at or about the 2:40 mark.

10. I observed Plaintiff continue on foot to the rear of his vehicle near a toolbox attached to his trailer. He began positioning himself into a space between his truck and the attached trailer where the toolbox was located.

11. Plaintiff began to open the toolbox at the rear of his trailer. At this time, I again ordered Plaintiff to show his hands.

12. I then observed Plaintiff begin reaching into the toolbox. Around this time, Officer Herndon deployed his taser, striking the Plaintiff and causing him to fall to the ground.

13. After Officer Herndon's taser completed its first cycle, I observed the Plaintiff appear to try getting back up. Officer Herndon then ran at least one more cycle on the Plaintiff.

14. Plaintiff eventually showed us his hands and I was able to place handcuffs on him. As soon as Plaintiff was detained, I transmitted a message over the radio that Plaintiff was in custody which can be heard at the 2:59 mark on the dispatch audio.

15. Once Plaintiff was in custody, I escorted him to Kaiser for medical clearance. Once Plaintiff was medically cleared, I took him to the Vallejo Police Department. Thereafter I had no further communication with Plaintiff.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Dated this 5th day of August 2019, in Vallejo, California.

                                                      */s/ Joseph Coelho*
                                                    JOSEPH COELHO

Case No. 2:17-cv-00137-JAM-DB      DECLARATION OF JOSEPH COELHO IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT

-3-