**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY:  TIMOTHY R. SMYTH**
Deputy City Attorney, SBN 258661
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687
Email: timothy.smyth@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO,
ROBERT HERNDON, JAMES MELVILLE, and JOSEPH COELHO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JASON ANDERSON,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo Police Department, individually and in his capacity as a Police Corporal for the Vallejo Police Department; JAMES MELVILLE, individually and in his capacity as a Officer for the Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as a Officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>          Defendants. | Case No.  2:17-cv-00137-JAM-DB<br><br>**DECLARATION OF ANDY BATES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT**<br><br>DATE:            September 10, 2019<br>TIME:            1:30 p.m.<br>CRTRM:        6, 14th Floor<br><br>TRIAL DATE:      December 2, 2019 |

I, Andrew Bates, declare as follows:

    1.    I am a Crime Analyst and duly authorized custodian of records for the Vallejo Police Department.  I have personal knowledge of the matters set forth in this Declaration,

except where stated on information and belief, and could and would competently testify to them under oath if called as a witness.

2.     As part of my official duties, I am the custodian of records for calls for service and police radio traffic for the Vallejo Police Department.

3.     I understand that this action arises from an incident that took place on June 9, 2015, in Vallejo, California, and was assigned Case No. 15-7252 within the bureau.  The records attached hereto were created by members of the Vallejo Police Department in the course of engaging in their duties, and are kept by the department in the ordinary course of business.

4.     Lodged with the Court as Exhibit A is a true and correct copy of the audio recordings of the police radio traffic pertaining to the incident.

5.     Attached hereto as Exhibit B is a true and correct copy of the police CAD Incident Report, which is a written summary of the incident prepared by the Vallejo Police Department radio dispatcher and kept in the normal course of business by the Vallejo Police Department.

Executed on this 6th day of August, 2019, at Vallejo, California.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.


        _/s/ Andrew Bates_____
        ANDREW BATES

# EXHIBIT

# A

**[AUDIO RECORDING – TO BE LODGED WITH THE COURT]**

# EXHIBIT

# B



# VALLEJO POLICE DEPARTMENT

Page 1

## CAD INCIDENT REPORT
### 1506090107

03/09/2016

| Location | | Cross Streets | | City | |
|---|---|---|---|---|---|
| ACCESS DENTAL, 3400 SONOMA BL | | CALIFORNIA ST/REDWOOD | | VALLEJO | |

| Incident Type | | Call Taker | | Dispatcher | |
|---|---|---|---|---|---|
| FTY  - FAILURE TO YIELD | | PERETTO, SUZY | | PERETTO, SUZY | |

| Date | Priority | Primary Unit | Beat | Fire Zone | Area | Map | Source | |
|---|---|---|---|---|---|---|---|---|
| 06/09/2015 | 2 | T35 | 6 | 22 | 602 | F4 | O | |

| Caller Name | | Caller Address | | Caller Phone |
|---|---|---|---|---|
| | | | | |

| Dispositions | | Weapon | Alm Level | Case Number |
|---|---|---|---|---|
| ARREST, GENERAL SERVICE PROVIDED, REPORT | | | | 15-7252 |

| Vehicles | Associated Incidents |
|---|---|
| 3P15266/CA | |
| 8P15266/CA | |
| 2008 Chevrolet, 8P15266/CA   VIN: 1GCJC33628F149662 | |

| Incident Times | | Special Circumstances | | | | |
|---|---|---|---|---|---|---|
| Received | 12:12:10 | | | | | |
| Created | 12:12:21 | Persons | Sex | DOB | Race | DL |
| Dispatched | | Anderson, Jason A | M | 04/03/1981 | | |
| En Route | | | | | | |
| On Scene | 12:12:21 | | | | | |
| Closed | 15:18:37 | | | | | |
| Rcvd-Closed | 3:06:27 | | | | | |

| Unit Times | Officers | Dispatched | Enroute | On Scene | Clear | Disp-On Scene | Enrt-On Scene | On Scene-Clear | Disp-Clear |
|---|---|---|---|---|---|---|---|---|---|
| T35 | | | | 12:12:22 | 14:02:26 | N/A | N/A | 1:50:04 | 1:50:04 |
| 2P6 | Coelho, Joseph | 12:12:28 | 12:12:30 | 12:15:40 | 15:18:37 | 03:12 | 03:10 | 3:02:57 | 3:06:09 |
| 2P2 | Herndon, Bobby | 12:14:14 | 12:14:17 | 12:14:39 | 12:22:15 | 00:25 | 00:22 | 07:36 | 08:01 |

| Incident Comments |
|---|
| start another unit |

| TIME | # | EVENT | BY |
|---|---|---|---|
| 12:12:22 | 1 | T35  Traffic Stop at Sonoma Bl/Arkansas St, Vallejo | S. Peretto |
| 12:12:22 | 2 | T35  10-97. Sonoma Bl/Arkansas St, Vallejo | S. Peretto |
| 12:12:28 | 3 | 2P6  DISP. Sonoma Bl/Arkansas St, Vallejo | S. Peretto |
| 12:12:30 | 4 | 2P6  ENRT. | S. Peretto |
| 12:13:11 | 5 | nb son at neb  trk and a hauler   driver  ref to pull over | S. Peretto |
| 12:13:15 | 6 | c33 | S. Peretto |
| 12:13:25 | 7 | slow failure  to yield | S. Peretto |
| 12:13:35 | 8 | Incident type changed from TS to FTY | S. Peretto |
| 12:13:53 | 9 | slow failutre to yeild | S. Peretto |
| 12:14:08 | 10 | 433 to the rear   t35 adv 433 take primary | S. Peretto |
| 12:14:14 | 11 | 2P2  DISP. Sonoma Bl/Arkansas St, Vallejo | S. Peretto |
| 12:14:17 | 12 | 2P2  ENRT. | S. Peretto |
| 12:14:39 | 13 | 2P2  10-97. ACCESS DENTAL | S. Peretto |
| 12:15:08 | 14 | 2P2  10-97. ACCESS DENTAL 3400 SONOMA | S. Peretto |
| 12:15:17 | 15 | T35  10-97. ACCESS DENTAL 3400 SONOMA | S. Peretto |
| 12:15:26 | 16 | t35 adv 1 fighting | S. Peretto |
| 12:15:40 | 17 | 2P6  10-97. ACCESS DENTAL 3400 SONOMA | S. Peretto |
| 12:16:09 | 18 | t35 c4  1 1015  cancelling the c33 | S. Peretto |
| 12:16:27 | 19 | T35  10-29: 3P15266/CA | S. Peretto |
| 12:16:27 | 20 | T35  DMV check: 3P15266/CA | S. Peretto |
| 12:17:10 | 21 | T35  10-29: 8P15266/CA | S. Peretto |
| 12:17:10 | 22 | T35  DMV check: 8P15266/CA | S. Peretto |
| 12:18:44 | 23 | T35  ANDERSON,JASON A (04/03/1981) added to incident | S. Peretto |
| 12:18:44 | 24 | T35  10-27: ANDERSON,JASON - 04/03/1981 | S. Peretto |

CAD Incident 1506090107

| TIME | # | EVENT | BY |
|---|---|---|---|
| 12:18:44 | 1 | T35  Wanted Check: ANDERSON,JASON - 04/03/1981 | S. Peretto |
| 12:18:44 | 2 | T35  Missing Persons Check: ANDERSON,JASON - 04/03/1981 | S. Peretto |
| 12:18:44 | 3 | T35  APPS: ANDERSON,JASON - 04/03/1981 | S. Peretto |
| 12:22:15 | 4 | 2P2  10-8. . Disposition 3 | S. Peretto |
| 12:25:13 | 5 | req ac theres a dog in the tk | S. Peretto |
| 12:30:39 | 6 | solano so will dispatch ac and will cb w eta | S. Peretto |
| 12:32:53 | 7 | 2P6  2p6 adv cancel ac | S. Peretto |
| 12:38:21 | 8 | T35  Case number 15-7252 assigned to 1506090107 | S. Peretto |
| 12:38:36 | 9 | Location changed from Sonoma Bl/Arkansas St, Vallejo | S. Peretto |
| 12:38:36 | 10 | to Access Dental, 3400 Sonoma Bl, Vallejo | S. Peretto |
| 12:42:11 | 11 | 2P6  KAISER. | K. Jackson |
| 12:42:24 | 12 | 2P6  10-97. KH | S. Peretto |
| 13:37:15 | 13 | 2P6  PRISNR. en to the nd | T. Wilson |
| 13:46:05 | 14 | 2P6  NDOOR. at the nd | T. Wilson |
| 14:02:26 | 15 | T35  10-8. . Disposition 5 | K. Jackson |
| 15:18:37 | 16 | 2P6  10-8. Disposition: 6 | J. Coelho |
| 15:18:53 | 17 | 2P6  Closed - Disposition 6 | J. Coelho |

PDF created with pdfFactory trial version www.pdffactory.com