City of VALLEJO California

City Attorney's Office · 555 Santa Clara Street · Vallejo · CA · 94590 · 707.648.4545

August 6, 2019

VIA PRIORITY MAIL
Clerk, United States District Court
Eastern District of California
Robert T. Matsui Federal Courthouse
501 I Street, Room 4-200
Sacramento, CA 95814

**RE:** *Jason Anderson v. City of Vallejo, et al.*
   USDC EDCal., Case No. 2:17-cv-00137-JAM-DB

Dear Clerk:

Our office represents the defendants in this matter.

Pursuant to the Defendants' Motion for Summary Judgment, or Alternatively Summary Adjudication filed as Doc 27 on August 6, 2019, enclosed please find a flash drive containing files to be LODGED with the court. The flash drive contains the following:

- VPD 1507252-Radio Audio
- Deposition Transcript of Jason Anderson
- Deposition Transcript of Roger Clark
- Deposition Transcript of Eve Connolly, M.D.
- Deposition Transcript of James Melville

Thank you.

Respectfully,

/s/ *Timothy R. Smyth*

TIMOTHY R. SMYTH
Deputy City Attorney

DEENA YORK
Legal Secretary
(707) 648-4485

Enclosures

cc:   Lateef H. Gray, Esq. (w/enclosure via Priority Mail)