LAW OFFICES OF JOHN L. BURRIS
JOHN L. BURRIS, Esq., (SBN 69888)
LATEEF H. GRAY, Esq., (SBN 250055)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
lateef.gray@johnburrislaw.com

LAW OFFICES OF JOHN L. BURRIS
K. CHIKE ODIWE, Esq., (SBN 315109)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile: (510) 839-3882
chike.odiwe@johnburrislaw.com

Attorneys for Plaintiff
JASON ANDERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ANDERSON,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br>CITY OF VALLEJO, a municipal corporation; ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo Police Department; JAMES MELVILLE, individually and in his capacity as a Officer for the Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as a Officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>　　　　　　　Defendants. | Case No. 2:17-cv-00137-JAM-DB<br><br>DECLARATION OF K. CHIKE ODIWE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Date: September 10, 2019<br>Time: 1:30 p.m.<br>Location: Courtroom 6 - 14th Floor<br>Robert T. Matsui United States Courthouse<br>501 I Street<br>Sacramento, CA  95814<br><br>**Hon. John A. Mendez** |

Case No. 2:17-cv-00137-JAM-DB

**DECLARATION OF K. CHIKE ODIWE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, K. Chike Odiwe, do declare and say:

1) I am an attorney licensed in the State of California and admitted to practice before the United States District Court for the Eastern District of California. My firm represents Plaintiff Jason Anderson

2) A true and correct copy of excerpts from the deposition of Plaintiff Jason Anderson, taken in this matter on December 18, 2018, is attached as "Exhibit 1 [Anderson Depo.]." (Pursuant to E.D. Cal. L.R.133(j), a courtesy electronic copy of the entire deposition transcript has been sent to the email box of District Judge Mendez at <jklingelhoets@caed.uscourts.gov > and concurrently emailed to all other parties.)

3) A true and correct copy of excerpts from the deposition of Defendant Robert Herndon, taken in this matter on December 17, 2018, is attached as "Exhibit 2 [Herndon Depo.]." (Pursuant to E.D. Cal. L.R.133(j), a courtesy electronic copy of the entire deposition transcript has been sent to the email box of District Judge Mendez at <jklingelhoets@caed.uscourts.gov > and concurrently emailed to all other parties.)

4) A true and correct copy of excerpts from the deposition of Defendant Joseph Coelho, taken in this matter on December 17, 2018, is attached as "Exhibit 3 [Coelho Depo.]." (Pursuant to E.D. Cal. L.R.133(j), a courtesy electronic copy of the entire deposition transcript has been sent to the email box of District Judge Mendez at <jklingelhoets@caed.uscourts.gov > and concurrently emailed to all other parties.)

5) A true and correct copy of excerpts from the deposition of Roger Clark, taken in this matter on June 10, 2019, is attached as "Exhibit 4 [Clark Depo.]." (Pursuant to E.D. Cal. L.R.133(j), a courtesy electronic copy of the entire deposition transcript has been sent to the email box of District Judge Mendez at <jklingelhoets@caed.uscourts.gov > and concurrently emailed to all other parties.)

6) A true and correct copy of a document titled "Evidence Sync Device Report," concerning Defendant Robert Herndon's deployment of his Taser on the date of the subject incident with notes from Plaintiff's police practices expert, Roger Clark, concerning the timing of

Defendant Herndon's Taser deployments. Introduced as Exhibit "3" during Mr. Clark's June 10, 2019 deposition in this matter and attached as "Exhibit 5 [Herndon's Taser Log]."

7) A true and correct copy of a disc containing the video/media file produced by Defendants as discovery in this matter is attached as "Exhibit 6 [Audio After the Incident]."

8) A true and correct copy of Defendant City of Vallejo's Responses to Plaintiff's Request for Admissions dated: June 5, 2019, is attached as "Exhibit 7 [Defendant City of Vallejo's RFA Responses]."

9) A true and correct copy of Plaintiff's Initial Disclosure Statement, dated: June 26, 2017, is attached as "Exhibit 8 [Plaintiff's Initial Disclosure Statement]."

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed on this 27th day of August, 2019, at Beverly Hills, California.

                                                      *K. Chike Odiwe*
                                                      K. Chike Odiwe, Esq.,

**DECLARATION OF K. CHIKE ODIWE IN SUPPORT OF PLAINTIFF'S OPPOSIITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**