**EXHIBIT 3**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

--oOo--

```
JASON ANDERSON,                        )
                                       )
          Plaintiff,                   )
                                       )
     v.                                )CASE NO.: 2:17-CV-00137
                                       )        -JAM-DB
CITY OF VALLEJO, a municipal           )
corporation; ROBERT HERNDON,           )
individually and in his capacity       )
as a Police Corporal for the           )
Vallejo Police Department, JAMES       )
MELVILLE, individually and in          )
his capacity as an Officer for         )
the Vallejo Police Department;         )
JOSEPH COELHO, individually and        )
in his capacity as an Officer          )
for the Vallejo Police                 )
Department; and DOES 1-50,             )
inclusive, individually, jointly       )
and severally,                         )
                                       )
          Defendants.                  )
_____)         CERTIFIED COPY
```

DEPOSITION OF OFFICER JOSEPH COEHLO

MONDAY, DECEMBER 17, 2018

REPORTED BY:  ADRIANA P. ROBLES, CSR NO. 14212

1

```
 1                        I N D E X
 2
 3   EXAMINATION BY:                              PAGE
 4   MR. ODIWE                                       6
 5
                            --o0o--
 6
 7   Appearance Page                                 3
 8   Exhibit Page                                    4
 9   Location                                        5
10   Declaration of Witness                         90
11   Reporter's Certificate                         91
12   Unsigned Transcript                            92
13   Witness Letter                                 93
14   Deposition Errata Sheet                        94
15   Attorney's Notes                               95
16
17                          --o0o--
18
19
20
21
22
23
24
25
                                                        2
```

```
 1                        APPEARANCES

 2

 3      FOR THE PLAINTIFF:

 4           LAW OFFICES OF JOHN L. BURRIS
             Airport Corporate Centre
 5           7677 Oakport Street, Suite 1120
             Oakland, California  94621
 6           (510) 839-5200

 7           BY:  K. CHIKE ODIWE, ATTORNEY AT LAW
                  LATONIA ROBINSON, LAW CLERK
 8

 9      FOR THE DEFENDANTS:

10           CITY OF VALLEJO
             CITY ATTORNEY'S OFFICE
11           555 Santa Clara Street
             Vallejo, California 94590
12           (916)808-5346

13           BY:  TIMOTHY R. SMYTH, DEPUTY CITY ATTORNEY

14

15

16                          --o0o--

17

18

19

20

21

22

23

24

25

                                                        3
```

1    Q.  Now, we're going to look at the fifth, sixth,
2    and seventh sentences of the third paragraph in your
3    report which reads:  "Anderson approached the toolbox at
4    the front of the trailer that was eye level with him and
5    opened it.  Fearing that Anderson may be retrieving a
6    weapon, I ran toward Anderson with my gun out and
7    ordered him to show me his hands.  Anderson reached into
8    the toolbox failing to obey our lawful orders."
9         Is that accurate?
10   A.  Yes.
11   Q.  As you sit here today, do you have an actual
12   memory of Mr. Anderson opening a toolbox?
13   A.  Yes.
14   Q.  Why were you afraid that Mr. Anderson was going
15   to arm himself with a weapon?
16   A.  Because of his demeanor towards us and what he
17   said.  When he said "Try me," that was -- that can be
18   perceived as a -- almost as an egging on, if you will,
19   of a challenge.
20   Q.  Was there any other reason you believe that
21   Mr. Anderson was going to arm himself with a weapon?
22   A.  Yes.
23   Q.  Please explain.
24   A.  Well toolboxes normally contain heavy metal
25   tools that can easily be used as a weapon.

47