**EXHIBIT 5**

# EVIDENCE⊘SYNC™ *OFFLINE*
# DEVICE REPORT

**ECD Information**
Model #: X26
Serial #: X00-066754
Firmware version: USB: 06, SW: ff

**Offline Report Date:**
09 Jun 2015 13:17:12
**Local Timezone:**
Pacific Standard Time (UTC -7:00)

## Event Log

| # | UTC Time | Local Time | Event | Duration | Temp | Battery |
|---|---|---|---|---|---|---|
| 43 | 06/09/2015 19:33:41 | 06/09/2015 12:33:41 | FIRE | 6s | 30°C | 35% |
| 44 | 06/09/2015 19:33:47 | 06/09/2015 12:33:47 | FIRE | 3s | 30°C | 35% |
| 45 | 06/09/2015 19:33:49 | 06/09/2015 12:33:49 | FIRE | 2s | 30°C | 35% |
| 46 | 06/09/2015 20:16:21 | 06/09/2015 13:16:21 | SYNC | 06/09/2015 20:34:57 to 06/09/2015 20:16:21 | | |

#43   STARTS 12:33:35 → 6 SEC.
       END   12:33:41 → 3 SEC.

#44   STARTS 12:33:44 → 3 SEC
       END   12:33:47 → 0

#45.  STARTS 12:33:47 → 2 SEC
       ENDS  12:33:49



Page 1 of 1