# EXHIBIT 6

1  LAW OFFICES OF JOHN L. BURRIS
   JOHN L. BURRIS, Esq., (SBN 69888)
2  LATEEF H. GRAY, Esq., (SBN 250055)
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone: (510) 839-5200
5  Facsimile: (510) 839-3882
   john.burris@johnburrislaw.com
6  lateef.gray@johnburrislaw.com

7  LAW OFFICES OF JOHN L. BURRIS
   K. CHIKE ODIWE, Esq., (SBN 315109)
8  9701 Wilshire Blvd., Suite 1000
9  Beverly Hills, California 90212
   Telephone: (310) 601-7070
10 Facsimile: (510) 839-3882
   chike.odiwe@johnburrislaw.com
11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  JASON ANDERSON,<br>16        Plaintiff,<br>17        vs.<br>18  CITY OF VALLEJO, a municipal corporation; ROBERT HERNDON, individually and in his<br>19  capacity as a Police Corporal for the Vallejo Police Department, individually and in his capacity as a<br>20  Police Corporal for the Vallejo Police Department; JAMES MELVILLE, individually and in his capacity<br>21  as a Officer for the Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as<br>22  a Officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and<br>23  severally,<br>24        Defendants. | CASE NO.: 2:17-cv-00137-JAM-DB<br><br>**MANUAL FILING NOTIFICATION**<br>Exhibit 6: Audio after the Incident<br><br>Judge: Honorable John A. Mendez |

25

26                    **MANUAL FILING NOTIFICATION**

27   Regarding: EXHIBIT 6 to Plaintiff's Opposition to Defendants' Motion for Summary Judgment

                                    1

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.caed.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not e-filed for the following reason(s):

[ ] Voluminous Document (PDF file size larger than the efiling system allows)

[ ] Unable to Scan Documents

[ X ] Physical Object (description): <u>Audio File of Defendants candidly speaking after the incident</u>

[ ] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[ ] Item Under Seal in Criminal Case

[ ] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[ ] Other (description): _____

Dated:  August 27, 2019                                  **Law Offices of John L. Burris**

                                                          /s/ *K. Chike Odiwe*_____
                                                           K. Chike Odiwe, Esq.,
                                                           Attorney for Plaintiff