# EXHIBIT 8

JOHN L. BURRIS, Esq., SBN 69888
LATEEF H. GRAY, Esq., SBN 250055
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
lateef.gray@johnburrislaw.com

Attorneys for Plaintiff
JASON ANDERSON

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ANDERSON, <br> Plaintiff, <br> vs. <br> CITY OF VALLEJO, a municipal corporation; ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo Police Department; JAMES MELVILLE, individually and in his capacity as a Officer for the Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as a Officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and severally, <br> Defendants. | Case No. 2:17-cv-00137-JAM-DB <br><br> **PLAINTIFF'S INITIAL DISCLOSURE STATEMENT (FRCP 26)** |

PLAINTIFF'S INITIAL DISCLOSURE STATEMENT (FRCP 26)
1

## Initial Disclosure Statement

Pursuant to FRCP Rule 26(a)(1) and (e), Plaintiff submits this Initial Disclosure Statement.

**1.) WITNESSES**

**The following persons are likely to have discoverable information Plaintiff may use to support her claims:**

a. Plaintiff, who may be contacted through his attorney, Law Offices of John L. Burris, regarding damages and the subject incident;

b. Defendants, regarding subject incident, department policies and discipline;

c. Any and all percipient witnesses identified in Defendants' initial disclosure statement;

d. Any and all percipient witnesses identified in any and all incident reports, internal affairs and/or investigatory records prepared by Defendants or their agents;

e. Any and all percipient witnesses identified in any and all incident reports and/or investigatory reports prepared by the Vallejo Police Department;

f. Any and all percipient witnesses identified in any and all incident reports and/or investigatory reports prepared by the Solano County District Attorney's Office.

**2.) DECEDENT'S MEDICAL SERVICE PROVIDERS FOR INJURIES ATTRIBUTABLE TO THE INCIDENT**

a. Kaiser Permanente Vallejo Medical Center, 975 Sereno Drive,

Vallejo, California 94589, (707) 651-1000; any and all medical providers identified in Plaintiff's medical treatment chart notes, test(s) and/or examination records related to this incident;

### 3.) PERSONS UNKNOWN TO PLAINTIFF AT THIS TIME, KNOWN TO DEFENDANTS

a. Any and all persons that were in the area of the scene of the incident that observed any portion of the incident;

b. Any and all persons, agencies, departments and/or offices listed in the Defendants' Initial Disclosure Statement;

c. Any other relevant witnesses whose names, addresses, and/or telephone numbers are discovered by the parties, either through discovery documents produced, or through any investigation conducted by any of the parties. If any such witnesses are discovered, Plaintiff's attorneys will inform Defendants' counsel of said witnesses' names, addresses, and telephone numbers;

d. Any and all expert medical or police practice witnesses the parties decide to have testify in this case. When the names, addresses, and telephone numbers of said expert medical or police practice witnesses are ascertained, and when required to produce information regarding them counsel will meet and confer regarding such discovery and produce such information that is not protected by privileges against disclosure.

PLAINTIFF'S INITIAL DISCLOSURE STATEMENT (FRCP 26)
3

**4.)   PERSONS KNOWLEDGEABLE AS TO PLAINTIFF'S DAMAGES**

a. Custodian of Records; Kaiser Permanente Vallejo Medical Center, 975 Sereno Drive, Vallejo, CA 94589, (707) 651-1000; any and all medical providers identified in Plaintiff's medical treatment chart notes, test(s) and/or examination records related to this incident;

b. Plaintiff, who may be contacted through the Law Offices of John L. Burris.

**5.)   DESCRIPTION OF ALL DOCUMENTS, DATE COMPILATIONS, AND TANGIBLE THINGS THAT PLAINTIFF MAY RELY ON TO SUPPORT HIS CLAIMS:**

a. Plaintiff's Kaiser Permanente Vallejo Medical Center medical treatment and billing records regarding the treatment received following the incident;

b. Vallejo Police Department's investigative reports;

c. Vallejo Police Department's Investigative File re: this incident;

d. Vallejo Police Department's Internal Affairs Report regarding this incident;

e. Vallejo Police Department's Internal Affairs histories of Defendants;

f. Solano County District Attorney's investigative reports;

g. Solano County District Attorney's Office Investigative File re: this incident.

**6.)   COMPUTATION OF ANY CATEGORY OF DAMAGES CLAIMED BY PLAINTIFF, MAKING AVAILABLE FOR INSPECTION AND COPYING, AS UNDER FRCP RULE 34, THE DOCUMENTS OR OTHER EVIDENTIARY MATERIAL, NOT PRIVILEGED OR PROTECTED FROM DISCLOSURE, ON WHICH SUCH DOCUMENTATION IS BASED, INCLUDING MATERIALS BEARING ON THE NATURE AND EXTENT OF INJURIES SUFFERED.**

PLAINTIFF'S INITIAL DISCLOSURE STATEMENT (FRCP 26)
4

Plaintiff suffered damages as described in the operative Complaint in this matter.

7.) **FOR INSPECTION AND COPYING, AS UNDER FRCP RULE 34, ANY INSURANCE AGREEMENT UNDER WHICH ANY PERSON CARRYING ON AN INSURANCE BUSINESS MAY BE LIABLE TO SATISFY PART OR ALL OF A JUDGMENT WHICH MAY BE ENTERED IN THE ACTION OR TO INDEMNIFY OR REIMBURSE FOR PAYMENTS MADE TO SATISFY THE JUDGEMENT:**

Inapplicable to Plaintiff.

**Certificate of Disclosure:**

I, Lateef H. Gray, declarant, certify that to the best of my knowledge, information, and belief, formed after an inquiry that is reasonable under the circumstances, the disclosure herein is complete and correct as of the time it is made.

Executed on June 26, 2017 at Oakland, California.

                                                  **LAW OFFICES OF JOHN L. BURRIS**

                                                  /S/ *Lateef H. Gray*