1  LAW OFFICES OF JOHN L. BURRIS
   JOHN L. BURRIS, Esq., (SBN 69888)
2  LATEEF H. GRAY, Esq., (SBN 250055)
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone: (510) 839-5200
5  Facsimile: (510) 839-3882
   john.burris@johnburrislaw.com
6  lateef.gray@johnburrislaw.com

7  LAW OFFICES OF JOHN L. BURRIS
   K. CHIKE ODIWE, Esq., (SBN 315109)
8  9701 Wilshire Blvd., Suite 1000
   Beverly Hills, California 90212
9  Telephone: (310) 601-7070
10 Facsimile: (510) 839-3882
   chike.odiwe@johnburrislaw.com
11

12                UNITED STATES DISTRICT COURT

13                EASTERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  JASON ANDERSON,                                                                                                                                                                                                                                                                                                                                                                                   | CASE NO.: 2:17-cv-00137-JAM-DB |
| 16             Plaintiff,                                                                                                                                                                                                                                                                                                                                                                            | **MANUAL FILING NOTIFICATION** Exhibit 6: Audio after the Incident |
| 17        vs.                                                                                                                                                                                                                                                                                                                                                                                        | Judge: Honorable John A. Mendez |
| 18  CITY OF VALLEJO, a municipal corporation; ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo Police Department, individually and in his capacity as a Police Corporal for the Vallejo Police Department; JAMES MELVILLE, individually and in his capacity as a Officer for the Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as a Officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and severally, | |
| 24             Defendants.                                                                                                                                                                                                                                                                                                                                                                           | |

25

26              **MANUAL FILING NOTIFICATION**

27   Regarding: EXHIBIT 6 to Plaintiff's Opposition to Defendants' Motion for Summary Judgment

1

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.caed.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not e-filed for the following reason(s):

[ ] Voluminous Document (PDF file size larger than the efiling system allows)

[ ] Unable to Scan Documents

[ X ] Physical Object (description): <u>Audio File of Defendant Officers Speaking Candidly after Incident</u>

[ ] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[ ] Item Under Seal in Criminal Case

[ ] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[ ] Other (description): _____

Dated:  August 27, 2019                             **Law Offices of John L. Burris**

                                                                            /s/ *K. Chike Odiwe*
                                                                             K. Chike Odiwe, Esq.
                                                                             Attorney for Plaintiff