**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY:  TIMOTHY R. SMYTH**
Deputy City Attorney, SBN 258661
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:     (707) 648-4687
Email: timothy.smyth@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO,
ROBERT HERNDON, JAMES MELVILLE, and JOSEPH COELHO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JASON ANDERSON,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo Police Department, individually and in his capacity as a Police Corporal for the Vallejo Police Department; JAMES MELVILLE, individually and in his capacity as a Officer for the Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as a Officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and severally**,**<br><br>            Defendants. | Case No. **2:17-cv-00137-JAM-DB**<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR COURT TO RECONSIDER ORDER VACATING HEARING ON DEFENDANTS' MSJ, OR ALTERNATIVELY, FOR ORDER MODIFYING SCHEDULING ORDER TO ALLOW RE-FILING OF DEFENDANTS' MSJ** |

Upon reviewing the *Ex Parte* Application for the Court to Reconsider its Order Vacating Hearing on Defendants' Motion for Summary Judgment, or Alternatively, for Order Modifying Scheduling Order to Allow Re-Filing of Defendants' Motion for Summary Judgment,

Memorandum of Points and Authorities, and Declaration of Timothy J. Smyth and good cause appearing therefore:

    IT IS HEREBY ORDERED that the Court reconsiders its Order vacating the September 10, 2019, hearing on Defendants' Motion for Summary Judgment; or

    IT IS HEREBY ORDERED that the Court modifies it scheduling order as follows:

| MSJ Deadlines | New Dates |
|---|---|
| Deadline for Defendants to File MSJ | |
| Deadline for Plaintiff to File Opposition | |
| Deadline for Defendants to File Reply | |
| Date of hearing | |

IT IS ALSO HEREBY ORDERED:

_____

_____

**IT IS SO ORDERED.**

Dated: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE