**JOHN L. BURRIS, Esq., SBN 69888**
**LATEEF H. GRAY, Esq., SBN 250055**
**K. CHIKE ODIWE, Esq., SBN 315109**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Lateef.Gray@johnburrislaw.com
Chike.Odiwe@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ANDERSON,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo Police Department; JAMES MELVILLE, individually and in his capacity as an Officer for the Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as an Officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>  Defendants. | Case No. 2:17-CV-00137-JAM-DB<br><br>**PLAINTIFF'S OBJECTION AND OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION FOR COURT TO RECORNISDIER ORDER VACATING HEARING ON DEFENDANTS' MSJ, OR ALTERNATIVELY FOR ORDER MODIFYING SCHEDULING ORDER TO ALLOW RE-FILING OF DEFENDANTS' MFJ** |

Plaintiff JASON ANDERSON ("Plaintiff") hereby objects to and opposes the *ex*

OBJECTION AND OPPOSITION TO *EX PARTE* APPLICATION

1

*parte* application for order to reconsider this Court's dismissal of Defendants' motion for summary judgment or to modify the scheduling order, as Plaintiff would be prejudiced by Defendant being allowed to re-file this dispositive motion after the deadline for the filing of such motions and in direct contravention of this Court's order, issued on January 23, 2017 (Dkt # 3-2).

Dated:  September 3, 2019        **THE LAW OFFICES OF JOHN L. BURRIS**

       /s/ Lateef Gray
      Lateef Gray
      Attorneys for Plaintiff