# EXHIBIT A



**Lateef Gray <lateef.gray@johnburrislaw.com>**

## Anderson v. City of Vallejo - MSJ
2 messages

---

**Timothy Smyth** <Timothy.Smyth@cityofvallejo.net>   Wed, Aug 28, 2019 at 10:30 AM
To: Chike Odiwe <chike.odiwe@johnburrislaw.com>, Lateef Gray <Lateef.gray@johnburrislaw.com>
Cc: Deena York <Deena.York@cityofvallejo.net>

Dear Mssrs. Odiwe and Gray,

I write here to follow up on the Court's order vacating our MSJ hearing.  Please call me to meet and confer on this today when you have a free minute.

Thank you very much.

Sincerely,

---

**Timothy R. Smyth | Deputy City Attorney II**

*City of Vallejo | City Attorney's Office*

555 Santa Clara Street, 3rd Floor

Vallejo, CA 94590

(707) 648-5420 | timothy.smyth@cityofvallejo.net



---

**Timothy Smyth** <Timothy.Smyth@cityofvallejo.net>   Wed, Aug 28, 2019 at 11:03 AM
To: Chike Odiwe <chike.odiwe@johnburrislaw.com>, Lateef Gray <Lateef.gray@johnburrislaw.com>
Cc: Deena York <Deena.York@cityofvallejo.net>

Please also be advised I will be filing an ex parte application for the Court to reconsider its order vacating the Defendants' motion, or alternatively to extend the date for the City's motion to be heard to allow Defendants to re-file upon remedying any procedural defects on the motion.

Sincerely,

_____

**Timothy R. Smyth | Deputy City Attorney II**

*City of Vallejo | City Attorney's Office*

(707) 648-5420 | *timothy.smyth@cityofvallejo.net*

[Quoted text hidden]