1

**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613

2

**BY: TIMOTHY R. SMYTH**
Deputy City Attorney, SBN 258661

3

**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068

4

Vallejo, CA  94590

5

Tel:     (707) 648-4545
Fax:     (707) 648-4687

6

Email:  timothy.smyth@cityofvallejo.net
*Attorneys for Defendants, CITY OF VALLEJO,*

7

*ROBERT HERNDON, JAMES MELVILLE, and JOSEPH COELHO*

8

**JOHN L. BURRIS, SBN 69888**

9

**LATEEF H. GRAY, SBN 250055**
**LAW OFFICES OF JOHN L. BURRIS**

10

Airport Corporate Centre
7677 Oakport Street, Suite 1120

11

Oakland, California 94621
Telephone:  (510) 839-5200

12

Facsimile:   (510) 839-3882
Email:  john.burris@johnburrislaw.com

13

Email:  lateef.gray@johnburrislaw.com

14

*Attorneys for Plaintiffs*

15

**UNITED STATES DISTRICT COURT**

16

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

17

18

JASON ANDERSON,

Case No.  **2:17-cv-00137-JAM-DB**

19

                Plaintiff,

20

        vs.

**STIPULATION REQUESTING REFERRAL TO A MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE; [PROPOSED] ORDER**

21

CITY OF VALLEJO, a municipal corporation;

22

ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo

23

Police Department, individually and in his capacity as a Police Corporal for the Vallejo

24

Police Department; JAMES MELVILLE, individually and in his capacity as a Officer for the

25

Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as a Officer for the

26

Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and severally,

27

28

                Defendants.

1    WHEREAS, trial in this matter is currently scheduled for December 2, 2019, with an

2  accompanying pre-trial conference on October 25, 2019.

3    WHEREAS, the parties request referral to Magistrate Judge Deborah Barnes for a

4  settlement conference in late-September or October 2019.

5    WHEREAS, discovery closed in this matter on July18, 2019, and the parties agree to

6  waive Judge Barnes' disqualification to hear further discovery matters should the action not

7  settle at the conference and discovery be re-opened.

8    **IT IS SO STIPULATED.**

9

10

11 DATED:  September 5, 2019                    Respectfully submitted,

12

13                                             */s/ Timothy R. Smyth*
                                               TIMOTHY R. SMYTH
                                               Assistant City Attorney
14                                             Attorney for Defendants,
                                               CITY OF VALLEJO, et al.
15

16

17 DATED:  September 5, 2019
                                               */s/ Lateef H. Gray*
18                                             LATEEF H. GRAY
                                               Attorney for Plaintiff
19

20

21    Based on the above stipulation, the court hereby orders referral to Magistrate Judge

22 Deborah Barnes for a settlement conference on _____, 2019.

23

24 **IT IS SO ORDERED.**

25

26 Dated: _____          _____
                                               UNITED STATES DISTRICT JUDGE
27

28

---

Case No. 2:17-cv-00137-JAM-DB          **STIPULATION REQUESTING REFERRAL TO A
                                       MAGISTRATE JUDGE FOR A SETTLEMENT
                                       CONFERENCE**
                                       **-2-**