1  **CLAUDIA M. QUINTANA**
   City Attorney, SBN 178613
2  **BY: TIMOTHY R. SMYTH**
   Deputy City Attorney, SBN 258661
3  **CITY OF VALLEJO**, City Hall
   555 Santa Clara Street, P.O. Box 3068
4  Vallejo, CA 94590
   Tel: (707) 648-4545
5  Fax: (707) 648-4687
6  Email: timothy.smyth@cityofvallejo.net
   *Attorneys for Defendants, CITY OF VALLEJO,*
7  *ROBERT HERNDON, JAMES MELVILLE, and JOSEPH COELHO*

8  **JOHN L. BURRIS, SBN 69888**
   **LATEEF H. GRAY, SBN 250055**
9  **LAW OFFICES OF JOHN L. BURRIS**
10 Airport Corporate Centre
   7677 Oakport Street, Suite 1120
11 Oakland, California 94621
   Telephone: (510) 839-5200
12 Facsimile: (510) 839-3882
   Email: john.burris@johnburrislaw.com
13 Email: lateef.gray@johnburrislaw.com
14 *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JASON ANDERSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo Police Department, individually and in his capacity as a Police Corporal for the Vallejo Police Department; JAMES MELVILLE, individually and in his capacity as a Officer for the Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as a Officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>    Defendants. | Case No. **2:17-cv-00137-JAM-DB**<br><br>**STIPULATION REQUESTING REFERRAL TO A MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE; ORDER** |

WHEREAS, trial in this matter is currently scheduled for December 2, 2019, with an accompanying pre-trial conference on October 25, 2019.

WHEREAS, the parties request referral to Magistrate Judge Deborah Barnes for a settlement conference in late-September or October 2019.

WHEREAS, discovery closed in this matter on July18, 2019, and the parties agree to waive Judge Barnes' disqualification to hear further discovery matters should the action not settle at the conference and discovery be re-opened.

**IT IS SO STIPULATED.**

DATED: September 5, 2019            Respectfully submitted,

           */s/ Timothy R. Smyth*
TIMOTHY R. SMYTH
Assistant City Attorney
Attorney for Defendants,
CITY OF VALLEJO, et al.

DATED: September 5, 2019

           */s/ Lateef H. Gray*
LATEEF H. GRAY
Attorney for Plaintiff

Based on the above stipulation, the court hereby orders referral to Magistrate Judge Deborah Barnes for a settlement conference on Thursday, October 31, 2019 at 10:00 a.m. The parties are advised that an informal telephone conference will be scheduled at a date prior to the settlement conference. Details of that conference will be provided at a later time by the chambers of Magistrate Judge Barnes.

**IT IS SO ORDERED.**

Dated: 9/5/2019            /s/ John A. Mendez
           UNITED STATES DISTRICT COURT JUDGE