Claudia M. Quintana, State Bar No. 178613
Timothy R. Smyth, State Bar No. 258661
CITY OF VALLEJO
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687

Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
Bertrand, Fox, Elliot, Osman & Wenzel
A Professional Corporation
2749 Hyde Street
San Francisco, CA 94109
Tel:    (415) 353-0999
Fax:    (415) 353-0990

Attorneys for Defendants, CITY OF VALLEJO, ROBERT HERNDON, JAMES MELVILLE, and JOSEPH COELHO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| JASON ANDERSON,<br><br>             Plaintiff,<br><br>     vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo Police Department, individually and in his capacity as a Police Corporal for the Vallejo Police Department; JAMES MELVILLE, individually and in his capacity as a Officer for the Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as a Officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>             Defendants. | Case No. 2:17-cv-00137-JAM-DB<br><br>**ASSOCIATION OF COUNSEL** |

PLEASE TAKE NOTICE that CLAUDIA QUINTANA, City Attorney, being the attorney of record for defendant, CITY OF VALLEJO, herein, hereby associates RICHARD W,

OSMAN of Bertrand, Fox, Elliott, Osman & Wenzel, as co-counsel for defendants CITY OF VALLEJO, POLICE CORPORAL ROBERT HERNDON, OFFICER JAMES MELVILLE, and OFFICER JOSEPH COELHO in the above-entitled matter.

The office address and telephone number of such associated counsel are as follows:

> Richard Osman, Esq.
> Sheila D. Crawford, Esq.
> Bertrand, Fox, Elliot, Osman & Wenzel
> 2749 Hyde Street
> San Francisco, CA 94109
> Tel:    (415) 353-0999
> Fax:    (415) 353-0990

I have read this ASSOCIATION OF COUNSEL and consent to the foregoing.

DATED:  October 7, 2019                                    Respectfully submitted,

/s/  Claudia M. Quintana
CLAUDIA M. QUINTANA
TIMOTHY R. SMYTH
City Attorney
Attorney for Defendants,
CITY OF VALLEJO, OFFICER ROBERT HERNDON, OFFICER JAMES MELVILLE, and OFFICER JOSEPH COELHO

RICHARD W. OSMAN, ESQ. and SHEILA D. CRAWFORD on behalf of Bertrand, Fox, Elliot, Osman & Wenzel, hereby accepts the above association.

DATED:  October 7, 2019

/s/  Richard W. Osman
RICHARD W. OSMAN
SHEILA D. CRAFORD
Bertrand, Fox, Elliot, Osman & Wenzel
Attorney for Defendants,
CITY OF VALLEJO, OFFICER ROBERT HERNDON, OFFICER JAMES MELVILLE, and OFFICER JOSEPH COELHO