JOHN L. BURRIS, ESQ., SBN 69888
LATEEF H. GRAY, ESQ., SBN 250055
K. CHIKE ODIWE, ESQ., SBN 315109
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
lateef.gray@johnburrislaw.com
chike.odiwe@johnburrislaw.com

Attorneys for Plaintiff
JASON ANDERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ANDERSON,<br><br>                Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo Police Department; JAMES MELVILLE, individually and in his capacity as an Officer for the Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as an Officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>                Defendants. | CASE NO.: 2:17-cv-00137-JAM-DB<br><br>**JOINT NOTICE OF SETTLEMENT** |

The Parties hereby jointly notify the Court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.  The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of records shall show cause why this case has not been dismissed.

**Law Offices of John L. Burris**

Dated:  October 18, 2019

   /s/ *Lateef H. Gray*
Lateef H. Gray, Esq.,
Attorney for Plaintiff

**Bertrand, Fox, Elliot, Osman & Wenzel**

Dated:  October 18, 2019

   /s/ *Richard W. Osman*
Richard W. Osman, Esq.,
Attorney for Defendants

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Richard W. Osman, counsel for Defendants City of Vallejo, Robert Herndon, James Melville, Joseph Coelho and DOES 1-50, and that I have obtained Mr. Osman's authorization to affix his electronic signature to this document.

**Law Offices of John L. Burris**

Dated:  October 18, 2019         /s/ *Lateef H. Gray*
                                  Lateef H. Gray, Esq.,
                                  Attorney for Plaintiff