**JOHN L. BURRIS, Esq., SBN 69888**
**LATEEF H. GRAY, Esq., SBN 250055**
**K. CHIKE ODIWE, Esq., SBN 315109**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Lateef.Gray@johnburrislaw.com
Chike.Odiwe@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ANDERSON,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT HERNDON, individually and in his capacity as a Police Corporal for the Vallejo Police Department; JAMES MELVILLE, individually and in his capacity as an Officer for the Vallejo Police Department; JOSEPH COELHO, individually and in his capacity as an Officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>  Defendants. | Case No. 2:17-CV-00137-JAM-DB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned counsel, that the above-captioned action be dismissed with prejudice in its entirety as to all defendants, each side to bear its/his own fees

STIPULATION OF DISMISSAL WITH PREJUDICE

1

and costs, pursuant to FRCP 41(a)(1)(A)(ii).

Respectfully Submitted,

Dated: December 19, 2019  **THE LAW OFFICES OF JOHN L. BURRIS**

/s/ Lateef Gray
Lateef Gray
Attorneys for Plaintiff

Dated: December 19, 2019  **Bertrand, Fox, Elliot, Osman & Wenzel**

/s/ Richard W. Osman
Richard W. Osman
Attorneys for Defendants

### ORDER

Having reviewed the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice in its entirety as to all defendants, each side to bear its/his/her own fees and costs.

**IT IS SO ORDERED.**

Dated: 12/19/2019  /s/ John A. Mendez_____

JUDGE JOHN A. MENDEZ
United States District Court Judge